**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SYLVESTER I. BROWN,

    Plaintiff,

vs.                                        Case No.:  3:08cv289/MCR/EMT

ALBERT YU, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 29, 2008 (Doc. 12).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's notice of voluntary dismissal (Doc. 11) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 4th day of November, 2008.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  UNITED STATES DISTRICT JUDGE**